IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| Linda P. Studley,<br>   Plaintiff,<br><br>Vs.<br><br>DUKE ENERGY CAROLINAS,<br>LLC; JEFFERSON-PILOT LIFE<br>INSURANCE COMPANY; and<br>JEFFERSON PILOT FINANCIAL<br>INSURANCE COMPANY,<br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.:<br>3:06CV530-MU<br><br><br><br>CONSENT ORDER AMENDING<br>COMPLAINT AND SUMMONS<br>AS TO THE DEFENDANT,<br>JEFFERSON STANDARD LIFE<br>INSURANCE COMPANY |

THIS CAUSE comes on before the undersigned judge of the United States District Court for the Western District of North Carolina assigned to the above captioned case who, by and with the consent of the parties, as evidenced by the signatures of the attorneys for the parties hereon, does ORDER that:the summons issued herein and the complaint filed herein are amended to change the name of the defendant named therein as "Jefferson Standard Life Insurance Company" to "Jefferson-Pilot Life Insurance Company".

WE CONSENT:

/s/ Harry B. Crow, Jr.
_____
Harry B. Crow, Jr.
Attorney for Plaintiff


/s/ Thomas D. Garlitz
_____
Thomas D. Garlitz
Attorney for Jefferson-Pilot Life Insurance Company
and Jefferson-Pilot Financial Insurance Company


/s/ Stacey K. Wood
_____
Stacey K. Wood
Attorney for Duke Energy Carolinas, LLC


Signed: April 11, 2007

Title of Signing Officer
United States District Court