IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06 CV 530**

| | | |
|---|---|---|
| LINDA STUDLEY, | ) | |
| | ) | |
| Plaintiff, | ) | **PRETRIAL ORDER** |
| v. | ) | |
| | ) | |
| DUKE ENERGY CAROLINAS, LLC, | ) | |
| *et al*, | ) | |
| Defendants. | ) | |

An initial pre-trial conference was held on June 13, 2007. The parties have agreed to obtain the services of a mediator and will proceed to mediation. Parties will report to the Court if any further intervention on the part of the Court is required to move this case along.

Signed: June 13, 2007

Graham C. Mullen
United States District Judge